```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                    Case No. 07-cr-116-PB

**Steven Delaurier**


**O R D E R**


The defendant, through counsel, has moved to continue the October 10, 2007 trial in the above case, citing the need for additional time to engage in plea negotiations or prepare for trial.  The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from October 10, 2007 to January 8, 2008.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial

The September 26, 2007 final pretrial conference is continued to December  20, 2008 at 4:15 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

September 20, 2007

cc:   Bjorn Lange, Esq.
      Robert Veiga, AUSA
      United States Probation
      United States Marshal